AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**10/28/2011**
**Clerk, U.S. District Court**
**Western District of Texas**

By: mnm
**Deputy**

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:11-M -05354(1) |
| | § |
| (1) OSCAR VENCES-VENCES | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 27, 2011** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) being an alien to the United States, enter, attempt to enter, and was found in the United States after having been previously excluded, deported, and removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** **Unit**ed States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Oscar VENCES-Vences, an alien to the United States and a citizen of Mexico was found in the United States on October 27, 2011 in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

10/28/2011 at EL PASO, Texas
File Date City and State

RICHARD P MESA
U.S. MAGISTRATE JUDGE   Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:11-M -05354(1)

WESTERN DISTRICT OF TEXAS

(1) OSCAR VENCES-VENCES

FACTS (CONTINUED)

arresting agent, DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. Defendant has been previously removed from the United States to Mexico on October 13, 2011 through Paso Del Norte, Texas, Bridge. Defendant has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. On October 27, 2011 at approximately 2:00 a.m., Removed Video Sureillance System (RVSS) operators recieved a call from the International Boundary and Water Commission Security Guard, reporting two subjects in the Franklin canal inside their compound. RVSS operators advised agents in the area of the information. Border Patrol Agents Josh Wagner and Samuel Cardenas responded to the area and met with the security guard. Agents noticed two subjects in the canal. Agents ordered the subjects to include the DEFENDANT out of the water. Agent Wagner identifeid himself as a Border Patrol Agent and questioned the DEFENDANT as to his citizenship and if he had any immigration documents allowing him to be or remain in the United States legally. The DEFENDANT admitted to being a citizen and national of Mexico without any immigration documents which would allow him to be or remain in the United States legally. The DEFENDANT was taken into custody and transported to the Paso Del Norte Border Patrol Processing Center (PDT) for further investigation and processing. The DEFENDANT was entered into the E3/IDENT/IAFIS system using his fingerprints. The system identified the DEFENDANT by his fingerprints and it revealed that the DEFENDANT is a citizen of Mexico who has a prior immigration record. The system also revealed that the DEFENDANT has been previously removed from the United States. The DEFENDANT was advised of his rights using Form I-214, which he acknowledged he understood by signing the form accordingly. In a record of sworn statement in affidavit form, the DEFENDANT admitted to have entered the United States illegally just before he was apprehended and also admitted to have been previously removed from the United States. Further immigration records checks revealed that the Defendant has not received the permission from the Attorney General of the United States or the Secretary of Homeland Security to apply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT was deported to MEXICO on October 13, 2011, through PASO DEL NORTE, TX, BRIDGE.

CRIMINAL HISTORY:
NONE